KATHERINE SIEGFRIED, CASBN 250558
Law Office of Katherine Siegfried, Esq.
1939 Harrison St, Suite 120
Oakland, California 94612
Phone: (510) 465-0016
Fax: (510) 217-3979
kat@siegfriedlegal.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA DORSEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner Of Social Security,<br><br>        Defendant. | CASE NO. 23-cv-1995-LJC<br><br>**STIPULATION AND ORDER AS MODIFIED FOR A FIFTEEN DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE THEIR MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, between Plaintiff MELINDA DORSEY and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of fifteen (15) days to file Plaintiff's Motion for Summary Judgment. The current due date is July 20, 2023. **The new due date will be August 4, 2023**. This is the first extension of time requested by Plaintiff for this brief and is requested as plaintiff's counsel is a solo practitioner and has been out of the office caring for a family member for the past two weeks. Plaintiff's counsel apologizes for the short delay and will file the brief sooner, if at all possible.

Date: July 19, 2023                              KATHERINE SIEGFRIED
                                                 Law Office of Katherine Siegfried, Esq.

                                         By:    /s/ *Katherine Siegfried*
                                                 Katherine Siegfried
                                                 Attorney for the Plaintiff

STIPULATION                              1                    (23-cv-1995-LJC)

Date: July 19, 2023

ISMAIL J. RAMSEY
United States Attorney

By: /s/ *Erin Highland*
 ERIN HIGHLAND, GA Bar No. 153550
Special Assistant United States Attorney
Attorney for Defendant
(As authorized per email)

**ORDER AS MODIFIED**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED. Plaintiff's Motion for Summary Judgment is due August 4, 2023. Defendant's Opposition is due September 4, 2023. Plaintiff's Reply is due September 18, 2023.

Dated: July 19, 2023                   _____

                                       Hon. Lisa J. Cisneros
                                       UNITED STATES MAGISTRATE JUDGE